# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136033

VINCENT JOHN GALLANT,
    Petitioner-Appellee,

v

BOARD OF EDUCATION OF THE
KALAMAZOO PUBLIC SCHOOLS,
    Respondent-Appellant.

SC: 136033
COA: 279055
St Tenure Comm: 06-000019

_____/

On order of the Court, the application for leave to appeal the February 1, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

p0519